# Court of Appeals
# of the State of Georgia

ATLANTA,  April 15, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0378.  DAVID B. CHATHAM v. THE STATE.

David B. Chatham, who was charged with DUI, moved to suppress the results of a State-administered breath test obtained after his arrest.[1] Chatham argued that the results were inadmissible because the State violated his Georgia constitutional right against self-incrimination by failing to give him a *Miranda*[2] warning before administering the test. The trial court denied the motion, ruling that Chatham had no constitutional right to be given a *Miranda* warning before deciding whether to submit to the breath test. Following a bench trial, Chatham was convicted of DUI, and he now appeals to this Court.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). This appeal appears to fall within the Supreme Court's exclusive jurisdiction over cases involving the construction of the state and federal constitution. Further, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction. See *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996). Accordingly, this appeal is hereby TRANSFERRED to the

---

[1] Chatham also moved to suppress other evidence that is not at issue in this appeal.

[2] *Miranda v. Arizona*, 384 U. S. 436 (86 SCt. 1602, 16 LE2d 694) (1966).

Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/15/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*